Patrick H. Hicks, Esq.
Nevada Bar No. 004632
McCade J. Wing, Esq.
Nevada Bar No. 16652
LITTLER MENDELSON, P.C.
8474 Rozita Lee Ave
Suite 200
Las Vegas, Nevada 89113.4770
Telephone:    702.862.8800
Facsimile:    702.862.8811
phicks@littler.com
mwing@littler.com

Attorneys for Defendant
TERRIBLE HERBST, INC.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

ALICIA CONRAD,

        Plaintiff,

    v.

TERRIBLE    HERBST,    INC.,    a    Nevada corporation,

        Defendant.

Case No. 2:26-cv-01681-GMN-EJY

**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S COMPLAINT**

**[FIRST REQUEST]**

Plaintiff ALICIA CONRAD ("Plaintiff") and Defendant TERRIBLE HERBST, INC. ("Defendant"), by and through their undersigned counsel, hereby agree and stipulate to extend the time for Defendant to respond to the Complaint from the current deadline of July 6, 2026, up to and including **July 27, 2026.**

The parties agree that good cause exists for this extension as counsel for Defendant was only recently retained. The additional time will allow defense counsel to conduct an investigation into the allegations and to prepare a response to the Complaint.

/ / /

LITTLER
MENDELSON, P.C.
8474 Rozita Lee Ave
Suite 200
Las Vegas, Nevada
89113.4770
702.862.8800

This is the first request for an extension of time to respond to the Complaint.  This request is made in good faith and not for the purpose of delay.

Dated: July 1, 2026

GREENBERG GROSS LLP

*/s/ Coco Padilla*
Jemma E. Dunn, Esq.
Matthew T. Hale, Esq.
Coco Padilla, Esq.

Attorneys for Plaintiff
ALICIA CONRAD

Dated: July 1, 2026

LITTLER MENDELSON P.C.

*/s/ McCade J. Wing*
Patrick H. Hick, Esq.
McCade J. Wing, Esq.

Attorneys for Defendant
TERRIBLE HERBST, INC.

**IT IS SO ORDERED.**

Dated:  ___July 1, 2026_____

_____
UNITED STATES MAGISTRATE JUDGE

LITTLER
MENDELSON, P.C.
8474 Rozita Lee Ave
Suite 200
Las Vegas, Nevada
89113.4770
702.862.8800

4936-5321-6698