JEMMA E. DUNN
Nevada Bar No. 16229
MATTHEW T. HALE
Nevada Bar No. 16880
JORGE "COCO" PADILLA
Nevada Bar No. 16295
**GREENBERG GROSS LLP**
1980 Festival Plaza Drive, Suite 730
Las Vegas, Nevada 89135
Telephone: (702) 777-0888
Facsimile: (702) 777-0801
*JDunn@GGTrialLaw.com*
*MHale@GGTrialLaw.com*
*JPadilla@GGTrialLaw.com*

Attorneys for Plaintiff
Alicia Conrad

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ALICIA CONRAD, an individual,<br><br>Plaintiff,<br><br>v.<br><br>TERRIBLE HERBST, INC., a Nevada corporation,<br><br>Defendant. | Case No.: 2:26-cv-01681-GMN-EJY<br><br>**STIPULATED DISCOVERY PLAN AND SCHEDULING ORDER**<br><br>**SUBMITTED IN COMPLIANCE WITH LR 26-1(b)** |

Pursuant to Federal Rule of Civil Procedure 26(f) and LR 26-1, Plaintiff Alicia Conrad ("Plaintiff"), by and through her counsel of record, Greenberg Gross LLP, and Defendant Terrible Herbst, Inc. ("Defendant"), by and through its counsel of record, Littler Mendelson, P.C., hereby stipulate to the following Joint Proposed Discovery Plan and Scheduling Order.

**STIPULATED DISCOVERY PLAN AND SCHEDULING ORDER**

1. **Initial Disclosures:** The parties participated in the scheduling conference pursuant to Fed. R. Civ. P. 26(f) on **August 10, 2026**. The parties shall exchange initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1) no later than twenty-one (21) days after the Rule 26(f) conference, which is **August 31, 2026**. Aside from timing, the parties do not believe that any changes are necessary as to the form or requirement of disclosures under Fed. R. Civ. P. 26(a)(1).

2. **Discovery Cut-Off Date(s):** The last day of discovery shall be **January 25, 2027**, which is 182 days (as the 180th day falls on Saturday, January 23, 2027, a non-judicial day) from the date Defendant filed its Answer to Plaintiff's Complaint on **July 27, 2026**.

3. **Amending the Pleadings and Adding Parties:** The parties shall have until **October 27, 2026**, which is ninety (90) days before the discovery cut-off date, to file any motions to amend the pleadings or to add parties.

4. **Fed. R. Civ. P. 26(a)(2) Disclosures (Experts):** The disclosure of any initial expert witnesses shall be made by **November 27, 2026**, which is fifty-nine (59) days (as the 60th day falls on Thursday, November 26, 2026, a federal holiday) before the discovery deadline. The disclosures of any rebuttal experts shall be made by **December 28, 2026**, which is thirty-one (31) days (as the 30th day falls on a Sunday) after the initial disclosure of experts.

5. **Dispositive Motions:** Dispositive motions may be filed no later than **February 24, 2027**, which is thirty (30) days after the discovery deadline. In the event that the discovery period is extended from the discovery cut-off date set forth in this Joint Discovery Plan and Scheduling Order, the date for filing dispositive motions shall be extended for the same duration, to be no later than thirty (30) days after the extended discovery deadline.

6. **Pretrial Order:** If no dispositive motions are filed, the Joint Pretrial Order shall be filed by **March 26, 2027**, which is thirty (30) days after the deadline for filing dispositive motions. In the event dispositive motions are filed, the date for filing the joint pretrial order shall be suspended until thirty (30) days after the decision of the dispositive motions or until further order of the Court.

7. **Fed. R. Civ. P. 26(a)(3) Disclosures:** The disclosures required by Fed. R. Civ. P. 26(a)(3), and any objections thereto, shall be included in the pretrial order. In accordance with Local

Rule 26-3, a stipulation or motion for modification or extension of this discovery plan and scheduling order and any deadline contained herein must be made not later than twenty-one (21) days before the subject deadline.

8. **Electronic Filing and Service:** The parties' attorneys of record in this matter are registered users with the Court's electronic filing system and as such, consent to electronic service of all documents and things electronically filed with the Court, except for pleadings and other documents set forth in Fed. R. Civ. P. 4. For documents and things that are not filed with the Court, the parties, in accordance with Fed. R. Civ. P. 5(b)(2)(F), each consent to electronic service of the same as follows: for Plaintiff, service shall be made by email to JDunn@GGTrialLaw.com, MHale@GGTrialLaw.com, JPadilla@GGTrialLaw.com, and JDaor@GGTrialLaw.com; and for Defendant, service shall be made by email to akoorndyk@littler.com and mwing@littler.com.

9. **Alternative Dispute Resolution:** Pursuant to LR 26-1(b)(7), the parties certify that they met and conferred about the possibility of using alternative dispute-resolution processes including mediation, arbitration, and early neutral evaluation. This case has been assigned to the Court's Early Neutral Evaluation Program pursuant to LR 16-6. The parties have not otherwise agreed to a form of alternative dispute resolution at this time.

10. **Alternative Forms of Case Disposition:** Pursuant to LR 26-1(b)(8), the parties certify that they considered consenting to trial by a magistrate judge under 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73 and the use of the Court's Short Trial Program (General Order 2013-01). At this time, the parties do not consent to trial by the magistrate judge or to the use of the Court's Short Trial Program.

…

…

…

…

11. **Electronic Evidence Certification:** Pursuant to LR 26-1(b)(9), and because a jury trial has been demanded, the parties certify that they discussed whether they intend to present evidence in electronic format to jurors for the purposes of jury deliberations. The parties have not reached any stipulations at this time regarding providing discovery in an electronic format compatible with the Court's electronic jury evidence display system.

Dated this 14th day of August, 2026.

GREENBERG GROSS LLP

/s/ Coco Padilla
JEMMA E. DUNN
Nevada Bar No. 16229
MATTHEW T. HALE
Nevada Bar No. 16880
JORGE "COCO" PADILLA
Nevada Bar No. 16295
1980 Festival Plaza Drive, Suite 730
Las Vegas, Nevada 89135

*Attorneys for Plaintiff*
*ALICIA CONRAD*

LITTLER MENDELSON, P.C.

/s/ McCade Wing
PATRICK H. HICKS
Nevada Bar No. 004632
McCADE J. WING
Nevada Bar No. 16652
8474 Rozita Lee Avenue, Suite 200
Las Vegas, Nevada 89113

*Attorneys for Defendant*
*TERRIBLE HERBST, INC.*

**ORDER**

IT IS SO ORDERED:

Elayna J. Youchah
UNITED STATES MAGISTRATE JUDGE

DATED: August 17, 2026